## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REGGIE HEYSE** | : | **CIVIL ACTION NO.** |
| **Plaintiff** | : | |
| | : | **JUDGE** |
| **VERSUS** | : | |
| | : | **MAGISTRATE JUDGE** |
| **EAN HOLDINGS, LLC,** | : | |
| **MOVIE TAVERN, INC. AND** | : | |
| **SCOTT M. HOAG** | : | |
| **Defendant** | : | **JURY TRIAL DEMANDED** |

**********************************************************************************

### NOTICE OF REMOVAL
### AND REQUEST FOR TRIAL BY JURY

Pursuant to 28 U.S.C. §§1441 and 1446, defendant, Movie Tavern, Inc., and Scott M. Hoag, file this Notice of Removal of the above captioned action from the 21st Judicial District Court, Parish of Livingston, State of Louisiana, to the United States District Court for the Middle District of Louisiana. In connection with this Notice of Removal, defendants respectfully represent as follows:

-1-

On or about September 27, 2018, the matter of *Reggie Heyse. v. EAN Holdings, LLC, et al,* was filed in the 21st Judicial District Court, Parish of Livingston, State of Louisiana, and assigned Docket No. 160880. A copy of the Petition is attached hereto as Exhibit "A."

-2-

On October 17, 2018, Movie Tavern, Inc., named defendant, was served with a copy of the original petition. The Citation return is attached hereto as Exhibit "B."

-3-

Upon information and belief, plaintiff herein, Reggie Heyse is a resident of and domiciled in the Parish of Ascension, State of Louisiana, (Exhibit "A" at ¶ unnumbered). Defendant, Movie Tavern Inc., is

a corporation organized and registered in the State of Texas., (Exhibit "A" at ¶ 1). Defendant, EAN Holdings, LLC is a corporation organized and registered in the State of Delaware, (Exhibit "A" at ¶ 1). Defendant Scott M. Hoag is a person of the full age of majority and upon information and belief is domiciled in the State of Georgia. (Exhibit "A" at ¶ 1).

**-4-**

This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because the amount in controversy exceeds $75,000.00 and is between parties of different states.

**-5-**

Pursuant to 28 U.S.C. §§1441(b) and 1446, this action is removable because this Court has jurisdiction over this case, and the state court in which this action was commenced is within this Court's judicial district.

**-6-**

As required by 28 U.S.C. §1446(d), a Notice to State Court of Filing of Notice of Removal, and a copy of this Notice of Removal, will be promptly filed in the 21st Judicial District Court, Parish Livingston, State of Louisiana, and served on the plaintiffs. A copy of the Notice to State Court of Filing of Notice of Removal is attached to this Notice of Removal as Exhibit "C"

**-7-**

There are no motions pending before the 21st Judicial District Court.

**-8-**

Defendants request a trial by jury on all issues triable by jury.

WHEREFORE, Defendants, Movie Tavern, Inc., and Scott M. Hoag respectfully request the removal of this action from the 21st Judicial District Court, Parish of Livingston, State of Louisiana, to the United States Court for the Middle District of Louisiana, and request a trial by jury of this matter.

Respectfully submitted:

**COMEAUX, STEPHENS & GRACE**

*/s/ Elizabeth Smyth Rambin*
**ELIZABETH SMYTH RAMBIN, No. 17149**
3900 N. Causeway Blvd.
One Lakeway Center, Suite 1060
Metairie, LA  70002
Telephone: (504) 831-3747
Fax: (504) 837-9508
Email: Elizabeth.rambin@zurichna.com
Attorneys for Movie Tavern, Inc., and
Scott M. Hoag

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Consent to Filing of Notice of Removal has been served electronically upon all counsel of record who utilize the CM/ECF system and has been mailed to all other counsel of record by placing same in United States First Class Mail, properly addressed and with sufficient postage affixed, this 20th day of November, 2018.

*/s/ Elizabeth Smyth Rambin*
ELIZABETH SMYTH RAMBIN