UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REGGIE HEYSE | : | CIVIL ACTION NO. 3:18-cv-01032 |
| Plaintiff | : | |
| | : | JUDGE SHELLEY D. DICK |
| VERSUS | : | |
| | : | MAG JUDGE ERIN WILDER-DOOMES |
| EAN HOLDINGS, LLC, | : | |
| MOVIE TAVERN, INC. AND | : | |
| SCOTT M. HOAG | : | |
| Defendant | : | JURY TRIAL DEMANDED |

*************************************************************************

## JUDGMENT OF REMAND

CONSIDERING the *Order of Remand* issued in the above captioned matter;

This matter is hereby remanded to the 21st Judicial District Court Parish of Livingston, State of Louisiana.

Baton Rouge, Louisiana, this 10 day of Jan, 2019.

_____
JUDGE